**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **ROTHSCHILD PATENT IMAGING LLC,** | § | |
| | § | |
| **Plaintiff,** | § | **Case No: 1:22-cv-01475** |
| | § | |
| **vs.** | § | **PATENT CASE** |
| | § | |
| **CONFIDE, INC.,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **Defendant.** | § | |
| | § | |

**COMPLAINT**

Plaintiff Rothschild Patent Imaging LLC ("Plaintiff" and/or "RPI") files this original Complaint against Confide, Inc. ("Defendant" and/or "Confide") for infringement of United States Patent No. 8,437,797 ("the '797 Patent").

**PARTIES AND JURISDICTION**

1. This is an action for patent infringement under Title 35 of the United States Code. Plaintiff is seeking injunctive relief as well as damages.

2. Jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 (Federal Question) and 1338(a) (Patents) because this is a civil action for patent infringement arising under the United States patent statutes.

3. Plaintiff is a Texas limited liability company having an address at 1 East Broward Boulevard, Suite 700, Ft. Lauderdale, FL 33301.

4. On information and belief, Defendant is a Delaware corporation with a place of business at 1133 Broadway, Suite 701, New York, NY 10010. On information and belief, Defendant may be served through its registered agent, The Corporation Trust Company, Corporation Trust Center, 1209 Orange St, Wilmington, DE 19801.

5. On information and belief, this Court has personal jurisdiction over Defendant because Defendant has committed, and continues to commit, acts of infringement in this District, has conducted business in this District, and/or has engaged in continuous and systematic activities in this District.

6. On information and belief, Defendant's instrumentalities that are alleged herein to infringe were and continue to be used, imported, offered for sale, and/or sold in this District.

## VENUE

7. Venue is proper in this District pursuant to 28 U.S.C. § 1400(b) because Defendant is deemed to reside in this District. Alternatively, acts of infringement are occurring in this District and Defendant has a regular and established place of business in this District.

## COUNT I
## (INFRINGEMENT OF UNITED STATES PATENT NO. 8,437,797)

8. Paragraphs 1-7 are incorporated herein.

9. This cause of action arises under the patent laws of the United States and, in particular, under 35 U.S.C. §§ 271, et seq.

10. Plaintiff is the owner by assignment of the '797 Patent with sole rights to enforce the '797 patent and sue infringers.

11. A copy of the '797 Patent, titled "Wireless Image Distribution System and Method," is attached hereto as Exhibit A.

12. The '797 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

13. On information and belief, Defendant has infringed and continues to infringe one or more claims (at least by having its employees, or someone under Defendant's control, test the accused product), including at least Claim 16 of the '797 Patent by making, using, importing,

selling, and/or offering for sale network storage systems including hardware, software and firmware, covered by at least Claim 16 of the '797 Patent.

14. On information and belief, Defendant sells, offers to sell, and/or uses network storage systems and methods including, without limitation, the Confide media platform, Confide Messenger App, and any similar products ("Product"), which infringe at least Claim 16 of the '797 Patent.

15. The Product uses an image capturing device to perform a method. The Product receives and filters photographic images from cameras. The Product also shares the images according to certain conditions. Certain aspects of this element are illustrated in the screenshots below, and/or the screenshots provided in connection with other elements discussed herein.




Source: https://play.google.com/store/apps/details?id=cm.confide.android

**Photos**

Like documents, Confide now allows you to send end-to-end encrypted, disappearing and screenshot-proof photos. Quickly snap a photo from your camera or select one from your photo library to share confidentially and ephemerally. And just like with documents, we have optimized the "wanding" reading experience to protect against screenshots, ensuring that only a small portion of the photo can be viewed at a time.

Source: https://blog.getconfide.com/confide-introduces-documents-photos-and-more-ed46d9935834

16. The Product practices receiving a plurality of images. For example, the Product provides for receiving multiple photos from a user device and receiving the photos in a photo

library. The Product's app can access captured images (e.g., images stored on a smartphone) and allow a user to transfer the images to other users. Certain aspects of this element are illustrated in the screenshots below, and/or the screenshots provided in connection with other elements discussed herein.




Source: https://getconfide.com/

> Send a new photo, one from your library or even a screenshot of an email you've received. After it has been read once, it is gone forever — no copies, no forwarding, no screenshots … no nothing.

Source: https://blog.getconfide.com/confide-introduces-documents-photos-and-more-ed46d9935834

17. The Product practices filtering the plurality of photographic images (e.g., sorting the photos) using a transfer criteria (e.g., user selection of particular photos, etc.). Certain aspects of this element are illustrated in the screenshots below, and/or the screenshots provided in connection with other elements discussed herein.

**Photos**

Like documents, Confide now allows you to send end-to-end encrypted, disappearing and screenshot-proof photos. Quickly snap a photo from your camera or select one from your photo library to share confidentially and ephemerally. And just like with documents, we have optimized the "wanding" reading experience to protect against screenshots, ensuring that only a small portion of the photo can be viewed at a time.

Send a new photo, one from your library or even a screenshot of an email you've received. After it has been read once, it is gone forever — no copies, no forwarding, no screenshots … no nothing.

**Share**

Confide is now included in the phone's "Share" options to more seamlessly integrate Confide with email and other platforms. Simply tap the Confide icon to send a photo or document you received in an email, Dropbox, Slack or any other sharing app via Confide.

Source: https://blog.getconfide.com/confide-introduces-documents-photos-and-more-ed46d9935834

18. The Product practices transmitting, via a wireless transmitter and to a second image capturing device, the filtered plurality of photographic images. For example, files of filtered photos can be shared with other mobile devices. The Product enables a user to search, download, and share photos to a second image capturing device (e.g., another mobile device or a computer). Certain aspects of this element are illustrated in the screenshots below, and/or the screenshots provided in connection with other elements discussed herein.




Source: https://play.google.com/store/apps/details?id=cm.confide.android

**Photos**

Like documents, Confide now allows you to send end-to-end encrypted, disappearing and screenshot-proof photos. Quickly snap a photo from your camera or select one from your photo library to share confidentially and ephemerally. And just like with documents, we have optimized the "wanding" reading experience to protect against screenshots, ensuring that only a small portion of the photo can be viewed at a time.

Source: https://blog.getconfide.com/confide-introduces-documents-photos-and-more-ed46d9935834

19. When using the Product to share photos with a group (e.g., social media group or private group), the image capturing device and the second mobile device are disposed in a selectively paired relationship with one another based upon an affinity group associated with the second mobile device (e.g., the users of both devices belong to the same social media group and may send images to each other as well as other users). Certain aspects of this element are illustrated in the screenshots below, and/or the screenshots provided in connection with other elements discussed herein.

**Photos**

Like documents, Confide now allows you to send end-to-end encrypted, disappearing and screenshot-proof photos. Quickly snap a photo from your camera or select one from your photo library to share confidentially and ephemerally. And just like with documents, we have optimized the "wanding" reading experience to protect against screenshots, ensuring that only a small portion of the photo can be viewed at a time.

Send a new photo, one from your library or even a screenshot of an email you've received. After it has been read once, it is gone forever — no copies, no forwarding, no screenshots … no nothing.

**Share**

Confide is now included in the phone's "Share" options to more seamlessly integrate Confide with email and other platforms. Simply tap the Confide icon to send a photo or document you received in an email, Dropbox, Slack or any other sharing app via Confide.

Source: https://blog.getconfide.com/confide-introduces-documents-photos-and-more-ed46d9935834

20. Defendant's actions complained of herein will continue unless Defendant is enjoined by this Court.

21. Defendant's actions complained of herein are causing irreparable harm and monetary damage to Plaintiff and will continue to do so unless and until Defendant is enjoined and restrained by this Court.

22. Plaintiff is in compliance with 35 U.S.C. § 287.

## JURY DEMAND

23. Under Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff respectfully requests a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff asks the Court to:

(a) Enter judgment for Plaintiff on this Complaint on all causes of action asserted

herein;

(b) Enter an Order Enjoining Defendant, its agents, officers, servants, employees, attorneys, and all persons in active concert or participation with Defendant who receive notice of the order from further infringement of United States Patent No. 8,437,797 (or, in the alternative, awarding Plaintiff a running royalty from the time of judgment going forward);

(c) Award Plaintiff damages resulting from Defendant's infringement in accordance with 35 U.S.C. § 284;

(d) Award Plaintiff pre-judgment and post-judgment interest and costs; and

(e) Award Plaintiff such further relief to which the Court finds Plaintiff entitled under law or equity.

Dated: February 23, 2022.

Respectfully submitted,

*/s/ Jay Johnson*

**JAY JOHNSON (*pro hac vice forthcoming*)**
State Bar No. 24067322
**D. BRADLEY KIZZIA**
State Bar No. 11547550
**KIZZIA JOHNSON, PLLC**
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kpllc.com
bkizzia@kpllc.com

**ATTORNEYS FOR PLAINTIFF**