IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ROTHSCHILD PATENT IMAGING LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**CONFIDE, INC.,**<br><br>Defendant. | **CASE NO. 1:22-cv-01475**<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT CONFIDE, INC.'S
MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

Defendant Confide, Inc. respectfully moves this Court to dismiss Plaintiff Rothschild Patent Imaging LLC's Complaint, pursuant to Federal Rule of Civil Procedure 12(b)(6), for failure to state a claim upon which relief can be granted.

The grounds for this motion are set forth in Confide's Memorandum of Law in Support of its Motion to Dismiss for Failure to State a Claim, which is being filed contemporaneously herewith.

1

Dated: March 18, 2022          Respectfully submitted,

                                    **FISH & RICHARDSON P.C.**

By: */s/ Excylyn J. Hardin-Smith*
Excylyn J. Hardin-Smith (EHS7780)
7 Times Square, 20th Floor
New York, New York 10036
Tel: (212) 765-5070
Fax: (212) 258-2291
hardin-smith@fr.com

Neil J. McNabnay (*pro hac vice* forthcoming)
Ricardo J. Bonilla (*pro hac vice* forthcoming)
Michael A. Vincent (*pro hac vice* forthcoming)
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)
mcnabnay@fr.com
rbonilla@fr.com
vincent@fr.com

**COUNSEL FOR DEFENDANT CONFIDE, INC.**