Kizzia Johnson PLLC
1910 Pacific Ave, SUITE 13000
DALLAS, TEXAS 75201
(W) 214.451.0164
(F) 214.451.0165
KJPLLC.COM

Jay Johnson
214.451.0164
jay@kjpllc.com

March 28, 2022

Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, RM 2102
New York, NY 10007
**_via CM/ECF_**

RE:   *Rothschild Patent Imaging, LLC v. Confide, Inc.*
      Civil Action No.: 1:22-cv-01475-AJN-SDA

Dear Judge Nathan:

    Pursuant to Rule 3(D) of the Court's Individual Practices in Civil Cases, Plaintiff respectfully notifies the Court and Defendant that Plaintiff intends to file its First Amended Complaint on or before Friday, April 1, 2022.

Sincerely,
Kizzia Johnson PLLC


*/s/Jay Johnson*
Jay Johnson

cc:   Excylyn J. Hardin-Smith (*via CM/ECF*)
      Neil J. McNabnay (*via CM/ECF*)
      Ricardo J. Bonilla (*via CM/ECF*)
      Michael A. Vincent (*via CM/ECF*)