IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/31/22
```

| | |
|---|---|
| ROTHSCHILD PATENT IMAGING LLC, § § § Plaintiff, § § vs. § § CONFIDE, INC., § § Defendant. § § | Case No: 1:22-cv-01475-AJN-SDA<br><br>PATENT CASE |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Rothschild Patent Imaging, LLC, and Defendant Confide, Inc., by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims asserted by the Plaintiff in this Action are dismissed with prejudice and all counter-claims asserted by the Defendant in this Action are dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

This Stipulation and Order shall finally resolve the Action between the parties.

Dated: March 29, 2022.

Respectfully submitted,

*[signature]*

**JAY JOHNSON** (*pro hac vice forthcoming*)
State Bar No. 24067322
**D. BRADLEY KIZZIA**
State Bar No. 11547550
**KIZZIA JOHNSON, PLLC**
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kpllc.com
bkizzia@kpllc.com

**ATTORNEYS FOR PLAINTIFF**

**FISH & RICHARDSON P.C.**

*[signature]*

Excylyn J. Hardin-Smith (EHS7780)
7 Times Square, 20th Floor
New York, New York 10036
Tel: (212) 765-5070
Fax: (212) 258-2291
hardin-smith@fr.com

Neil J. McNabnay (pro hac vice forthcoming)
Ricardo J. Bonilla (pro hac vice forthcoming)
Michael A. Vincent (pro hac vice forthcoming)
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)
mcnabnay@fr.com
rbonilla@fr.com
vincent@fr.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically on March 29, 2022 and was served via CM/ECF on all counsel who are deemed to have consented to electronic service.

*/s/ Jay Johnson*
JAY JOHNSON

SO ORDERED this __31__ day of __March__, 2022.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
CIRCUIT
Sitting by Designation